Ariella Zoltan
Special Assistant U.S. Attorney
United States Attorney's Office
c/o Social Security Administration
26 Federal Plaza, Room 3904
New York, New York 10278
(212) 264-2217
Ariella.Zoltan@ssa.gov
Bar Roll No. 520077

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AGNES BRIDGETT SEIDEL, :
:
          Plaintiff, : **CONSENT ORDER FOR**
: **REMAND PURSUANT TO**
: **42 U.S.C. § 405(g).**
   v. :
:
: 5:18-cv-108 (ATB)
:
NANCY A. BERRYHILL, ACTING :
COMMISSIONER OF SOCIAL SECURITY, :
          Defendant. :
------------------------------------------------------------X

      IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that this case be remanded to the Commissioner for further proceedings and a new decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g). Should the Appeals Council remand to an ALJ, upon remand, the ALJ will conduct further proceedings and develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act, including offering plaintiff a new hearing, and issuing a new decision.

      Therefore, the parties having consented to the within order and the Court having considered the matter,

      IT IS on this __5th__ day of _October_, 2018;

ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant pursuant to sentence 4 of 42 U.S.C. § 405(g), for the further administrative action set forth above, and it is further ORDERED that the within matter, be and hereby is, DISMISSED in accord with the decision in *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

_____
Andrew T. Baxter
U.S. Magistrate Judge

The undersigned hereby consent to the form and entry of the within order.

Dated: New York, New York
October 3, 2018

        GRANT C. JAQUITH
        Acting United States Attorney

By: */s/Ariella Zoltan*
    Ariella Zoltan
    Special Assistant U.S. Attorney
    Bar No. 520077
    *Attorney for Defendant*

Dated: Syracuse, New York
October 3, 2018

By: */s/ Howard D. Olinsky*
    Howard D. Olinsky, Esq.
    Olinsky Law Group
    One Park Place
    300 South State Street, Suite 420
    Syracuse, New York 13202
    315-701-5780
    holinsky@windisability.com
    *Attorney for Plaintiff*